THORN, appellant, v. NOTT.

*Tax — school tax — excessive levy — error on tax roll.*

Defendant, a school district collector, to collect a tax of between $5 and $6 levied upon and sold a buggy wagon worth upward of $50. There was other property of less value he could have taken. *Held*, that the collector was entitled to levy on the property, and was not liable for an excessive levy in doing so.

The fact that the total footing up of the separate assessments on the tax roll was $7 more than the amount directed to be levied, did not invalidate the tax. At most, it could only affect it to the extent of the discrepancy.

*Abram Thorn*, appellant in person.

*R. C. Titus*, for respondent.

E. D. SMITH, J.

APPEAL from a judgment of a county court reversing a judgment in favor of plaintiff in an action tried before a justice of the peace. The judgment of the county court was sustained, in part, upon the grounds given in the opinion of the county judge, the material ones of which are noticed in the head note. In the order of judgment in the county court $75.81, was erroneously given to defendant as damages. The judgment was reversed as to this matter.